IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WILLIAM F. BINKERT, JR.,          )
     Plaintiff,                   )
                                  )
     vs.                          )          Civil Action No. 05-1448
                                  )
COMMISSIONER OF SOCIAL            )
SECURITY,                         )
     Defendant.                   )

# ORDER

AND NOW, this $30$day of March, 2006,

IT IS ORDERED that final judgment of this Court is entered pursuant to Rule 58

of the Federal Rules of Civil Procedure in favor of plaintiff and against defendant.

Gary L. Lancaster
United States District Judge