IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM F. BINKERT, JR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 05-1448 ) |
| JO ANNE B. BARNHART, Commissioner of Social Security | ) JUDGE LANCASTER ) ) ) |
| Defendant. | ) Electronic Filing ) |

STIPULATION FOR PAYMENT OF ATTORNEY FEES

The parties in the above-captioned action, through counsel, agree and stipulate that the Defendant shall pay to Plaintiff's attorney, Joseph S. Hornack, Esquire, the total sum of One-Thousand, Three Hundred and Eighty-Six dollars and Fifty-Three cents ($1,386.53) in attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 and Two-Hundred and Fifty dollars and 00 cents ($250.00) in costs for filing fees to be paid under 28 U.S.C. § 1920 as costs of litigation.

MARY BETH BUCHANAN
UNITED STATES ATTORNEY

_____
Joseph S. Hornack, ESQUIRE
1100 Liberty Avenue, Suite C2
The Pennsylvanian
Pittsburgh, PA   15222
412-391-7711
PA I.D. No. 35165

COUNSEL FOR PLAINTIFF

Date: 6/22/06

s/ Paul Skirtich
_____
PAUL E. SKIRTICH, ESQUIRE
ASSISTANT UNITED STATES ATTORNEY
700 Grant Street, Suite 400
Pittsburgh, PA   15219
(412) 894-7418
PA I.D. No. 30440

COUNSEL FOR DEFENDANT

APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: 6-26-06